

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Jessica M. Laserna*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*jessica.laserna@usdoj.gov*

*main: (973) 645-2700*
*direct:(973) 297-2019*

April 18, 2026

**BY ECF**
Hon. Michael A. Hammer, U.S.M.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:   *Feliz Cuestra v. Noem, et al.,* **Civil No. 26-cv-01683-JKS-MAH**
**Unopposed Request for Extension of Time to Oppose Motion**

Dear Judge Hammer:

This Office represents the Federal Defendants in this mandamus case. With Plaintiff's consent, I respectfully request a one-week extension to respond to the Motion for Order to Show Cause. If the extension is granted, the Federal Defendants would respond to the Motion by April 27, 2026. This is the Federal Defendants first extension request.

Plaintiff filed this suit to compel the U.S. Immigration and Custom Enforcement ("ICE") to return him to the United States from his native country of the Dominican Republic. Plaintiff alleges that he was removed from the United States in violation of an automatic stay of removal that was triggered when he filed a motion to reopen and rescind an *in absentia* removal order due to his alleged lack of notice of immigration proceedings

I respectfully submit that good cause exists to grant this request on consent. ICE is reviewing Plaintiff's claims but requires additional time to gather the relevant information necessary to appropriately respond to Plaintiff's Motion. Moreover, the parties are working to determine whether this matter can be resolved without the need for further litigation. The parties have therefore agreed to a brief one-week extension of the motion response deadline. If this proposal is acceptable to the Court, we respectfully request that the Court "so order" this letter and have the Clerk's Office file it on the docket.

We thank the Court for its consideration of this matter.

**SO ORDERED**

*s/Michael A. Hammer*

Michael A. Hammer, U.S.M.J.

Date: April 21, 2026

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:   *s/ Jessica M. Laserna*
JESSICA M. LASERNA
Assistant United States Attorney
*Attorneys for Respondents*

cc:   Counsel of record (via *electronic filing*)