

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Jessica M. Laserna*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*jessica.laserna@usdoj.gov*

*main: (973) 645-2700*
*direct:(973) 297-2019*

April 27, 2026

**BY ECF**
Hon. Michael A. Hammer, U.S.M.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> Re: *Feliz Cuestra v. Noem, et al.,* Civil No. 26-cv-01683-JKS-MAH
> **Second Unopposed Request for Extension to Oppose Motion**

Dear Judge Hammer:

This Office represents the Federal Defendants in this mandamus case brought by Plaintiff to compel the U.S. Immigration and Customs Enforcement ("ICE") to return him to the United States from the Dominican Republic. With Plaintiff's consent, I respectfully request an additional two-week extension to respond to the Motion for Order to Show Cause ("Motion"). If the extension is granted, the Federal Defendants would respond to the Motion by May 11, 2026. This is the Federal Defendants second extension request. *See* ECF No. 8.

I respectfully submit that good cause exists to grant this second request on consent. The parties are continuing to work together to determine whether this matter can be resolved, and discussions with ICE are also ongoing. The parties have therefore agreed to a brief two-week extension of the motion response deadline. If this proposal is acceptable to the Court, we respectfully request that the Court "so order" this letter and have the Clerk's Office file it on the docket.

We thank the Court for its consideration of this matter.

Respectfully submitted,

**SO ORDERED**

*s/Michael A. Hammer*
Michael A. Hammer, U.S.M.J.

Date: April 28, 2026

ROBERT FRAZER
United States Attorney