

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Jessica M. Laserna*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*          main: (973) 645-2700
*Newark, NJ 07102*                     direct:(973) 297-2019
*jessica.laserna@usdoj.gov*

June 22, 2026

**BY ECF**
Hon. Michael A. Hammer, U.S.M.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> **Re:    *Feliz Cuesta v. Noem, et al.,* Civil No. 26-cv-01683-JKS-MAH**
> **Request for Extension to Reply to Plaintiff's Opposition**

Dear Judge Hammer:

This Office represents the Defendants in this mandamus case brought by Plaintiff to compel the U.S. Immigration and Customs Enforcement ("ICE") to return him to the United States from the Dominican Republic. With Plaintiff's consent, Defendants respectfully request a one-week extension to reply to Plaintiff's Opposition to Defendants' Motion to Dismiss. If the extension is granted, Defendants reply would be due June 29, 2026.[1]

We respectfully submit that good cause exists for this extension request because this Office and ICE require additional time to prepare Defendants' reply. And this Office is continuing to manage an unprecedented volume of habeas petitions while diligently working to meet urgent deadlines on numerous other matters.

We thank the Court for its consideration of this matter.

**SO ORDERED**                                   Respectfully submitted,
*s/ Michael A. Hammer*
United States Magistrate Judge                   ROBERT FRAZER
Dated:  June 23, 2026                             United States Attorney

---

[1]  This is the Defendants' first extension request to file a reply brief in this matter.

By:   *s/ Jessica M. Laserna*
JESSICA M. LASERNA
Assistant United States Attorney
*Attorneys for Respondents*

cc:   Counsel of record (via *electronic filing*)