**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DANNY ANDRES FELIZ CUESTA,<br><br>*Plaintiff*,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>*Defendants*. | Civil Action No. 26-1683<br><br>**ORDER**<br><br>September 29, 2026 |

**SEMPER**, District Judge.

**THIS MATTER** having come before the court upon Plaintiff Danny Andres Feliz Cuesta's Motion for an Order to Show Cause for Preliminary Injunction and Defendants Markwayne Mullin, Todd Lyons, Ruben Perez, and Todd Blanche's Motion to Dismiss the Complaint and Opposition to Plaintiff's Motion, (ECF 6; ECF 13), and this Court, having considered the submissions and reached its decision without oral argument pursuant to Federal Rule of Civil Procedure 78(b) and Local Civil Rule 78.1, for the reasons stated in this Court's Opinion dated September 29, 2026,

**IT IS**, on this **29th** day of **September 2026**,

1. **ORDERED** that Defendants' Motion to Dismiss (ECF 13) is **GRANTED**; and
2. **ORDERED** that Plaintiff's Complaint (ECF 1) is **DISMISSED** without prejudice; and it is further

3. **ORDERED** that Plaintiff has thirty (30) days from the date of this Order to file an amended complaint; and it is finally

4. **ORDERED** that Plaintiff's Motion for an Order to Show Cause for Preliminary Injunction (ECF 6) is **DENIED** as **MOOT**.

*/s/ Jamel K. Semper*
**HON. JAMEL K. SEMPER**
**United States District Judge**

Orig: Clerk
cc: Andre M. Espinosa, U.S.M.J.
Parties